United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 23, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-60218
Summary Calendar

RICHARD MERLE SWITZER,

Plaintiff-Appellant,

versus

ROBERT L. JOHNSON, COMMISSIONER, MISSISSIPPI DEPARTMENT OF
CORRECTIONS; DAVID C. TURNER, Southern Mississippi Correctional
Institute, Superintendent; MARK H. BOUNDS, VoTech Director; MAX
S. BUSBY,

Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 2:02-CV-144-BrS
--------------------

Before SMITH, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

Richard Merle Switzer ("Switzer"), Mississippi prisoner
#47818, appeals the district court's denial of his motion for a
temporary restraining order and preliminary injunction. Switzer
alleges that his legal papers were damaged during a shakedown of
his unit and argues that he is entitled to injunctive relief
prohibiting the damaging of his legal property and retaliation
against him by prison officials.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

We lack jurisdiction over an appeal from the denial of a temporary restraining order.  Faulder v. Johnson, 178 F.3d 741, 742 (5th Cir. 1999).  As Switzer has made only speculative allegations that he faces a substantial threat of irreparable harm, the district court did not abuse its discretion by denying his motion for a preliminary injunction.  See Holland America Ins. Co. v. Succession of Roy, 777 F.2d 992, 997 (5th Cir. 1985).  Accordingly, Switzer's appeal from the denial of his request for a temporary restraining order is DISMISSED, and the district court's denial of his motion for a preliminary injunction is AFFIRMED.  Switzer's motion for appointment of counsel is DENIED.